```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10971
   CAROLINE R PAULL
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-1134
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/04/06 and confirmed on 11/01/06.

   2.  The case was dismissed after confirmation, 12/14/2007.

   3.  The Debtor paid a total of $  10200.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITI MORTGAGE | MORTGAGE ARRE | 6014.00 | .00 | 6014.00 |
| LAKE HOLIDAY HOA | SECURED | .00 | .00 | .00 |
| LAKE HOLIDAY HOA | SECURED | 8198.05 | .00 | 2700.00 |
| CASH FLOW CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 238.05 | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

      Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14212.05 | .00 | 238.05 | .00 | 14450.10 |
| PRINCIPAL PAID | 8714.00 | .00 | .00 | .00 | 8714.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8714.00 | .00 | .00 | .00 | 8714.00 |

The Debtor's attorney, RICHARD S BASS                  , was allowed $   3000.00
and was paid $   2000.00   direct and $   1000.00   through the plan.

The Trustee received $     486.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/10/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```